IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 08- 89 |
| ) | |
| HECTOR L. SANTANA, ) | REDACTED |
| ) | |
| Defendant. ) | |

FILED
JUN  2008
U.S DISTRICT COURT
DISTRICT OF DELAWARE

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### Count 1

On or about February 9, 2008, in the District of Delaware, Hector L. Santana, the defendant, knowingly did possess a firearm and ammunition, that is, a 40 caliber, Smith and Wesson, semi-automatic pistol, serial number RAM 4556, with 14 rounds of .40 caliber ammunition manufactured by Hornady, 5 rounds of .40 ammunition manufactured by Winchester, and 9 rounds of .40 caliber ammunition manufactured by Remmington, all of which had been transported in interstate commerce, having been convicted on or about May 9, 1997, in Superior Court for Monmouth County, New Jersey, of an offense punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### Count 2

On or about September 22, 2007, in the District of Delaware, Hector L. Santana, the defendant, knowingly did possess a firearm, that is, a 40 caliber, Smith and Wesson, semi-automatic pistol,

States Code, Sections 922(g)(1) and 924(a)(2).

### Count 3

On or about August 18, 2007, in the District of Delaware, Hector L. Santana, the defendant, knowingly did possess a firearm, that is, a 40 caliber, Smith and Wesson, semi-automatic pistol, serial number RAM 4556, which had been transported in interstate commerce, having been convicted on or about May 9, 1997, in Superior Court for Monmouth County, New Jersey, of an offense punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

Foreperson

COLM F. CONNOLLY
United States Attorney

By: /s/ Robert F Kravetz
for Edmond Falgowski
Assistant United States Attorney

Dated: June 3, 2008

2