AO 442   (Rev 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE

UNITED STATES OF AMERICA

V.

HECTOR L. SANTANA

**WARRANT FOR ARREST**

Case Number:  CR 08-89-~~UNA~~ —GMS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ HECTOR L. SANTANA _____
                                                                  Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with  (brief description of offense)

POSSESSION OF A FIREARM AND AMMUNITION BY A FELON - ( 3 COUNTS )

in violation of Title ___18___ United States Code, Section(s) ___922(g)(1) and 924(a)(2)___

PETER T. DALLEO                                     BY: /s/ _____ ; DEPUTY CLERK
Name of Issuing Officer                              Signature of Issuing Officer

CLERK OF COURT                                       JUNE 4, 2008 at WILMINGTON, DE
Title of Issuing Officer                             Date and Location

FILED
JUN 13 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED 6/12/08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 6/13/08 | S/A D. Bette | [signature] |

AO 442   (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____