IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 08-89-GMS |
| ) | |
| HECTOR SANTANA, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR SCHEDULING CONFERENCE**

COMES NOW the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, and requests that the Court order a scheduling conference in this matter. In support of this motion, the United States submits the following:

1.  The defendant was indicted on gun related charges on June 3, 2008. On June 12, 2008, the defendant had an initial appearance in District Court and was released on conditions of bail. At the initial appearance, the Court was advised by the defendant that he would retain private counsel.

2.  To date, no attorney has entered an appearance on behalf of the defendant. Accordingly, the defendant has not been arraigned. The Clerk's Office advises that even though the defendant has not retained counsel, the defendant is scheduled to be arraigned on August 28, 2008.

3.      The Speedy Trial Act provides that the Court may exclude time under the Act "on the basis of his findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(8)(A).

WHEREFORE, the United States respectfully requests that the Court order a scheduling conference and exclude under the Speedy Trial Act the period from the defendant's initial appearance on June 12, 2008, through the filing of this motion.

>                                COLM F. CONNOLLY
>                                United States Attorney
>
>                                By: _____
>                                Edmond Falgowski
>                                Assistant United States Attorney

Dated: 9-21-08

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 08-89-GMS |
| ) | |
| HECTOR SANTANA, ) | |
| ) | |
| Defendant. ) | |

### ORDER

WHEREAS, the United States has made a request that the Court order a scheduling conference, as the defendant has not retained counsel,

**IT IS ORDERED** this _____ day of _____, 2008, that a scheduling conference is set for _____, and

**IT IS FURTHER ORDERED**, pursuant to 18 U.S.C. § 3161(h)(8)(A), that the period from the defendant's initial appearance on June 12, 2008, through the filing of the Government's motion on August 21, 2008, is excluded in computing the time within which the defendants' trial must be commenced under the Speedy Trial Act.

_____
Honorable Gregory M. Sleet
United States District Court

## CERTIFICATE OF SERVICE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | **FILED UNDER SEAL** |
| v. ) | |
| ) | Criminal Action No. 06-22-GMS |
| LYNN EDWARD SIPE, and ) | |
| EMILY T. ROWE, ) | |
| ) | |
| Defendants. ) | |

I, Sharon L. Bernardo, employee with the United States Attorney's Office, hereby certify that on August 21, 2008, I served the foregoing:

### MOTION FOR SCHEDULING CONFERENCE

and by causing two copies of said document to be placed in a postage prepaid envelope, placed in the United States mail, addressed to defendant as follows:

>   Mr. Hector Santana
>   3701 Kildoon Drive
>   Newark, DE   19702

*Sharon L. Bernardo* (signature)